United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11647-pmm

April L Jordan     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Jul 19, 2022     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April L Jordan, 3576 Vista Drive, Macungie, PA 18062-2148 |
| 14701206 | + | Atiba Jordan, 3576 Vista Drive, Macungie, PA 18062-2148 |
| 14701224 | + | State of New York, Department of Taxation and Finance, PO Box 4127, Binghamton, NY 13902-4127 |
| 14702237 | + | Wilmington Trust, Nat Assoc, c/o Rebecca Solarz, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14701226 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 20 2022 00:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 20 2022 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14704004 | | Email/Text: bankruptcy@cbtno.com | Jul 20 2022 00:10:00 | CRESCENT BANK & TRUST, P.O. BOX 2829, ADDISON, TX 75001 |
| 14701207 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 00:13:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14701208 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 00:12:58 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14704016 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 00:13:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14701210 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 00:13:08 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14701209 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 00:13:17 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14701211 | + | Email/Text: bankruptcy@cbtno.com | Jul 20 2022 00:10:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 14701213 | | Email/Text: ECF@fayservicing.com | Jul 20 2022 00:10:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14701214 | + | Email/Text: ECF@fayservicing.com | Jul 20 2022 00:10:00 | Fay Servicing Llc, 1601 Lbj Freeway, Farmers Branch, TX 75234-6512 |
| 14701215 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2022 00:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14701217 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2022 00:10:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14701216 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2022 00:10:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14702651 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 00:13:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14701219 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 00:13:16 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14701218 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 00:13:05 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14701221 | + | Email/Text: clientservices@remexinc.com | Jul 20 2022 00:10:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14701220 | + | Email/Text: clientservices@remexinc.com | Jul 20 2022 00:10:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 14701222 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 00:13:06 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14701223 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 00:13:06 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14701225 | | State of Pennsylvania |
| 14701212 | ##+ | Crescent Bank & Trust, Inc., Po Box 2460, Chesapeake, VA 23327-2460 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Debtor April L Jordan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 19, 2022 | Form ID: pdf900 | Total Noticed: 26 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: April L. Jordan, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 22-11647 (PMM) |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Extend Automatic Stay (doc. no. 8, the "Motion") and the Response of Wilmington Trust thereto (doc. #13);

**AND** a hearing on the Motion having been scheduled for July 19, 2022;

**BUT** by agreement, the hearing having been rescheduled to August 16, 2022 at 10:00 a.m.;

It is hereby **ordered** that the automatic stay is extended to all creditors, see 11 U.S.C. §362(c)(3), **until August 16, 2022**, pending the outcome of the hearing on the Motion.

Date: July 19, 2022

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**