

| - APRIL JORDAN | | | 0732 PAEST PKG 1806 ZZZ | | | 0732205751 |
|---|---|---|---|---|---|---|
| - 7494411 | XXX-XX-4874 | M | S 00 | | | 07/08/2022 |
| - | 06/26/2022 | 07/02/2022 | 779.76 | 86.66 | 146.80 | 546.30 |

```
-       CURRENT PAY RATE    24.00                     TAXES
- REGULAR   24.000           32.49      779.76    FICA              44.17      508.46
- TOTAL HOURS WORKED         32.49                FICA MEDICARE     10.33      118.91
- CURRENT TOTALS                        779.76    ST TAX- PA        23.15      265.84
- Y-T-D TOTALS               372.59   8,942.16    SUT EMPL DEDCT     0.47        5.39
-                                                 PALMER TWP         1.00       13.00
-                                                 PALMER TWP         7.54       86.58
-                                                    TOTALS         86.66
-                                                       DEDUCTIONS
-                                                 BFTAX FLEX BEN    25.71      282.81
-                                                 FLEX C/ECSA       41.67      458.37
-                                                 401K DED     6    46.79       46.79
-                                                 AFTAX FLEX BEN    32.63      358.93
-                                                    TOTALS        146.80
```

3576 VISTA DRIVE
MACUNGIE ,PA ,18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328



- APRIL JORDAN          0732 PAEST PKG 1806 ZZZ          0732189637
- 7494411    XXX-XX-4874    M    S 00    06/30/2022

| | 06/19/2022 | 06/25/2022 | 691.68 | 76.28 | 100.01 | 515.39 |

| | CURRENT PAY RATE | 24.00 | | TAXES | | |
|---|---|---|---|---|---|---|
| REGULAR | 24.000 | 23.32 | 559.68 | FICA | 38.70 | 464.29 |
| SICK PAY | 24.000 | 5.50 | 132.00 | FICA MEDICARE | 9.05 | 108.58 |
| TOTAL HOURS WORKED | | 23.32 | | ST TAX- PA | 20.45 | 242.69 |
| CURRENT TOTALS | | | 691.68 | SUT EMPL DEDCT | 0.42 | 4.92 |
| Y-T-D TOTALS | | 340.10 | 8,162.40 | PALMER TWP | 1.00 | 12.00 |
| | | | | PALMER TWP | 6.66 | 79.04 |
| | | | | TOTALS | 76.28 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX BEN | 25.71 | 257.10 |
| | | | | FLEX C/ECSA | 41.67 | 415.70 |
| | | | | AFTAX FLEX BEN | 32.63 | 326.30 |
| | | | | TOTALS | 100.01 | |

3576 VISTA DRIVE
MACUNGIE, PA, 18062

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**



| - APRIL JORDAN | | | 0732 PAEST PKG 1B06 ZZZ | | | 0732173429 |
|---|---|---|---|---|---|---|
| - 7494411 | XXX-XX-4874 | | M | S 00 | | 06/24/2022 |
| | 06/12/2022 | 06/18/2022 | 660.00 | 72.55 | 100.01 | 487.44 |

```
              CURRENT PAY RATE   24.00                  TAXES
- REGULAR   24.000          13.51      324.24   FICA                 36.75      425.59
- GUARANTE  24.000          13.99      335.76   FICA MEDICARE         8.59       99.53
- TOTAL HOURS WORKED        13.51               ST TAX- PA           19.47      222.24
- CURRENT TOTALS                        660.00  SUT EMPL DEDCT        0.40        4.50
- Y-T-D TOTALS              311.28    7,470.72  PALMER TWP            1.00       11.00
-                                               PALMER TWP            6.34       72.38
-                                               TOTALS               72.55
-                                                           DEDUCTIONS
-                                               BFTAX FLEX BEN       25.71      231.39
-                                               FLEX C/ECSA          41.67      375.03
-                                               AFTAX FLEX BEN       32.63      293.67
-                                               TOTALS              100.01
```

3576 VISTA DRIVE
MACUNGIE ,PA ,18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328




| - APRIL JORDAN | | | 0732 PAEST PKG 1806 ZZZ | | | 0732156028 |
|---|---|---|---|---|---|---|
| -7494411 | XXX-XX-4874 | | M | S 00 | | 06/17/2022 |
| | 06/05/2022 | 06/11/2022 | 660.00 | 72.54 | 100.01 | 487.45 |

| | CURRENT PAY RATE | 24.00 | | TAXES | | |
|---|---|---|---|---|---|---|
| - REGULAR 24.000 | | 17.24 | 413.76 | FICA | 36.74 | 388.84 |
| - GUARANTE 24.000 | | 10.26 | 246.24 | FICA MEDICARE | 8.59 | 90.94 |
| - TOTAL HOURS WORKED | | 17.24 | | ST TAX- PA | 19.47 | 202.77 |
| - CURRENT TOTALS | | | 660.00 | SUT EMPL DEDCT | 0.40 | 4.10 |
| - Y-T-D TOTALS | | 283.78 | 6,810.72 | PALMER TWP | 1.00 | 10.00 |
| | | | | PALMER TWP | 6.34 | 66.04 |
| | | | | TOTALS | 72.54 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX BEN | 25.71 | 205.68 |
| | | | | FLEX C/ECSA | 41.67 | 333.36 |
| | | | | AFTAX FLEX BEN | 32.63 | 261.04 |
| | | | | TOTALS | 100.01 | |

3576 VISTA DRIVE
MACUNGIE, PA, 18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328


Return to Paycheck List

| - APRIL JORDAN | | 0732 PAEST PKG 1806 ZZZ | | | 0732139426 |
|---|---|---|---|---|---|
| -7494411 | XXX-XX-4874 | M | S 00 | | 06/10/2022 |
| | 05/29/2022 | 06/04/2022 | 690.96 | 76.19 | 100.01 | 514.76 |

```
-        CURRENT PAY RATE    24.00                   TAXES
- REGULAR   24.000       23.29      558.96  FICA              38.66      352.10
- HOLIDAY   24.000        5.50      132.00  FICA MEDICARE      9.05       82.35
- TOTAL HOURS WORKED     23.29              ST TAX- PA        20.42      183.30
- CURRENT TOTALS                    690.96  SUI EMPL DEDCT     0.41        3.70
- Y-T-D TOTALS          256.29    6,150.72  PALMER TWP         1.00        9.00
-                                           PALMER TWP         6.65       59.70
-                                           TOTALS            76.19
-                                                   DEDUCTIONS
-                                           BFTAX FLEX BEN    25.71      179.97
-                                           FLEX C/ECSA       41.67      291.69
-                                           AFTAX FLEX BEN    32.63      228.41
-                                           TOTALS           100.01
```

3576 VISTA DRIVE
MACUNGIE, PA, 18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328



| - APRIL JORDAN | | | 0732 PAEST PKG 1806 ZZZ | | | 0732122776 |
|---|---|---|---|---|---|---|
| - 7494411 | | XXX-XX-4874 | M | S 00 | | 06/03/2022 |
| | 05/22/2022 | 05/28/2022 | 687.60 | 75.79 | 100.01 | 511.80 |

```
-          CURRENT PAY RATE    24.00                        TAXES
- REGULAR   24.000          28.65      687.60   FICA              38.45       313.44
- TOTAL HOURS WORKED        28.65               FICA MEDICARE      8.99        73.30
- CURRENT TOTALS                       687.60   ST TAX- PA        20.32       162.68
- Y-T-D TOTALS              227.49   5,459.76   SUT EMPL DEDCT     0.41         3.29
-                                               PALMER TWP         1.00         8.00
-                                               PALMER TWP         6.62        53.05
-                                               TOTALS            75.79
-                                                         DEDUCTIONS
-                                               BFTAX FLEX BEN    25.71       154.26
-                                               FLEX C/ECSA       41.67       250.02
-                                               AFTAX FLEX BEN    32.63       195.78
-                                               TOTALS           100.01
```

3576 VISTA DRIVE
MACUNGIE, PA, 18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328


Return to Payment List



| APRIL JORDAN | | 0732 PAEST PKG 1806 ZZZ | | 0732106585 | |
| --- | --- | --- | --- | --- | --- |
| -749441 | XXX-XX-4874 | M | S 00 | | 05/27/2022 |
| 05/15/2022 | 05/21/2022 | 660.00 | 72.55 | 100.01 | 487.44 |

```
    CURRENT PAY RATE    24.00                    TAXES
- REGULAR   24.000      27.31    655.44   FICA           36.75    274.99
- GUARANTE  24.000       0.19      4.56   FICA MEDICARE   8.59     64.31
- TOTAL HOURS WORKED    27.31             ST TAX- PA     19.47    142.56
- CURRENT TOTALS                 660.00   SUT EMPL DEDCT  0.40      2.88
- Y-T-D TOTALS         198.84  4,772.16   PALMER TWP      1.00      7.00
                                          PALMER TWP      6.34     46.43
                                          TOTALS         72.55
                                                      DEDUCTIONS
                                          BFTAX FLEX BEN 25.71    128.55
                                          FLEX C/ECSA    41.67    208.35
                                          AFTAX FLEX BEN 32.63    163.15
                                          TOTALS        100.01
```

3676 VISTA DRIVE
MACUNGIE, PA, 18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328


Return to Paycheck List



| APRIL JORDAN | | 0732 PAEST PKG 1806 ZZZ | | | 0732089469 |
|---|---|---|---|---|---|
| 7494431 | XXX-XX-4874 | M | S 00 | | 05/20/2022 |
| 05/08/2022 | 05/14/2022 | 677.28 | 74.59 | 100.01 | 502.68 |

```
         CURRENT PAY RATE    24.00                    TAXES
REGULAR   24.000       28.22       677.28   FICA              37.81      238.24
TOTAL HOURS WORKED     28.22                FICA MEDICARE      8.85       55.72
CURRENT TOTALS                     677.28   ST TAX- PA        20.00      123.09
Y-T-D TOTALS           171.34    4,112.16   SUI EMPL DEDCT     0.41        2.48
                                            PALMER TWP         1.00        6.00
                                            PALMER TWP         6.52       40.09
                                            TOTALS            74.59
                                                     DEDUCTIONS
                                            BFTAX FLEX BEN    25.71      102.84
                                            FLEX C/ECSA       41.67      166.68
                                            AFTAX FLEX BEN    32.63      130.52
                                            TOTALS           100.01
```

3576 VISTA DRIVE
MACUNGIE, PA, 18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

 Return to Paycheck List

| APRIL JORDAN | | 0732 PAEST PKG 1806 ZZZ | | 0732073512 |
| --- | --- | --- | --- | --- |
| -7494411 | XXX-XX-4874 | M    S 00 | | -05/13/2022 |
| 05/01/2022 | 05/07/2022 | 660.00 | 72.54 | 100.01 | 487.45 |

```
    CURRENT PAY RATE    24.00                    TAXES
- REGULAR    24.000      25.85     620.40   FICA              36.74      200.43
- GUARANTE   24.000       1.65      39.60   FICA MEDICARE      8.59       46.87
- TOTAL HOURS WORKED     25.85              ST TAX- PA        19.47      103.09
- CURRENT TOTALS                   660.00   SUI EMPL DEDCT     0.40        2.07
- Y-T-D TOTALS          143.12   3,434.88   PALMER TWP         1.00        5.00
                                            PALMER TWP         6.34       33.57
                                             TOTALS           72.54
                                                          DEDUCTIONS
                                            BFTAX FLEX BEN    25.71       77.13
                                            FLEX C/ECSA       41.67      125.01
                                            AFTAX FLEX BEN    32.63       97.89
                                             TOTALS          100.01
```

3576 VISTA DRIVE
MACUNGIE , PA ,18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328


Return to Paycheck List



| APRIL JORDAN | | 0732 PAEST PKG 1806 ZZZ | | | 0732056543 |
|---|---|---|---|---|---|
| -7494411 | XXX-XX-4874 | M | S 00 | | 05/06/2022 |
| | 04/24/2022 | 04/30/2022 | 591.12 | 64.42 | 100.01 | 426.69 |

```
            CURRENT PAY RATE    24.00                      TAXES
- REGULAR   24.000       24.63      591.12   FICA              32.47     163.69
- TOTAL HOURS WORKED     26.63               FICA MEDICARE      7.59      38.28
- CURRENT TOTALS                    591.12   ST TAX- PA        17.35      83.62
- Y-T-D TOTALS          115.62    2,774.88   SUT EMPL DEDCT     0.35       1.67
-                                            PALMER TWP         1.00       4.00
-                                            PALMER TWP         5.65      27.23
-                                            TOTALS            64.42
-                                                         DEDUCTIONS
-                                            BFTAX FLEX BEN    25.71      51.42
-                                            FLEX C/ECSA       41.67      83.34
-                                            AFTAX FLEX BEN    32.63      65.26
-                                            TOTALS           100.01
```

3576 VISTA DRIVE
MACUNGIE ,PA .18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

 Return to Paycheck List

| APRIL JORDAN | | 0732 PAEST PKG 1806 ZZZ | | | 0732040637 |
|---|---|---|---|---|---|
| -7494411 | XXX-XX-4874 | M | S 00 | | 04/29/2022 |
| 04/17/2022 | 04/23/2022 | 708.96 | 92.68 | 100.01 | 516.27 |

```
           CURRENT PAY RATE    24.00                    TAXES
- REGULAR   24.000          29.54      708.96   FICA            39.78      131.22
- TOTAL HOURS WORKED        29.54               FICA MEDICARE    9.31       30.69
- CURRENT TOTALS                       708.96   FEDERAL TAX     14.35       62.21
- Y-T-D TOTALS              90.99    2,163.76   ST TAX- PA      20.98       66.26
                                                SUT EMPL DEDCT   0.43        1.32
                                                PALMER TWP       1.00        3.00
                                                PALMER TWP       6.83       21.58
                                                   TOTALS       92.69
                                                    DEDUCTIONS
                                                BFTAX FLEX BEN  25.71       25.71
                                                FLEX C/ECSA     41.67       41.67
                                                AFTAX FLEX BEN  32.63       32.63
                                                   TOTALS      100.01
```

3576 VISTA DRIVE
MACUNGIE, PA, 18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328


Return to Paycheck List



| APRIL JORDAN | | 0732 PAEST PKG 1806 ZZZ | | | | 0732023948 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| - 7494411 | XXX-XX-4874 | M | S 00 | | | | 04/22/2022 |
| 04/10/2022 | 04/16/2022 | 696.00 | 102.78 | | 0.00 | | 593.22 |

```
        CURRENT PAY RATE      24.00                    TAXES
- REGULAR   24.000        29.00     696.00    FICA              43.15      91.44
- TOTAL HOURS WORKED      29.00               FICA MEDICARE     10.09      21.38
- CURRENT TOTALS                    696.00    FEDERAL TAX       19.79      47.86
- Y-T-D TOTALS            61.45   1,474.80    ST TAX- PA        21.37      45.28
-                                             SUT EMPL DEDCT     0.42       0.89
-                                             PALMER TWP          .00       2.00
-                                             PALMER TWP         6.96      14.75
                                              TOTALS           102.78
```

3576 VISTA DRIVE
MACUNGIE, PA, 18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328


Return to Paycheck List

| - APRIL JORDAN | | | C732 PAEST PKG 1806 ZZZ | | | 0732008228 |
|---|---|---|---|---|---|---|
| - 7494411 | XXX-XX-4874 | | M | S 00 | | 04/15/2022 |
| | 04/03/2022 | 04/09/2022 | 778.80 | 120.82 | 0.00 | 657.98 |

```
-        CURRENT PAY RATE    24.00                         TAXES
- REGULAR  24.000         32.45    778.80  FICA            48.29    48.29
- TOTAL HOURS WORKED      32.45            FICA MEDICARE   11.29    11.29
- CURRENT TOTALS                   778.80  FEDERAL TAX     28.07    28.07
- Y-T-D TOTALS            32.45    778.80  ST TAX- PA      23.91    23.91
-                                          SUT EMPL DEDCT   0.47     0.47
-                                          PALMER TWP       1.00     1.00
-                                          PALMER TWP       7.79     7.79
-                                          TOTALS         120.82
```

3576 VISTA DRIVE
MACUNGIE, PA. 18062

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328