# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   APRIL JORDAN         :     CHAPTER 13
                              :
         Debtor               :     BANKRUPTCY NO. 22-11647

## ORDER

**AND NOW**, this  16th  day of  August , 2022, upon Motion of the Debtor ~~, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted,~~  to extend the automatic stay, and after notice and opportunity to be heard, and Debtor having failed to appear to prosecute said motion,

It is hereby ORDERED that the motion is DENIED.

BY THE COURT:

*Patricia M. Mayer*

_____
                                                            J.