Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-11647-PMM**

April L Jordan  
3576 Vista Drive  
Macungie  PA    18062

Petition Filed Date: 06/23/2022  
341 Hearing Date: 08/16/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $694.86 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $186.62 | $0.00 | $0.00 |
| 3 | CRESCENT BANK & TRUST<br>»» 003 | Secured Creditors | $16,679.47 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $1,068.08 | $0.00 | $0.00 |
| 0 | PAUL H YOUNG, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $1,034.39 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $243.38 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $287.61 | $0.00 | $0.00 |
| 8 | NEW YORK STATE DEPT - TAXATION<br>»» 08P | Priority Crediors | $534.04 | $0.00 | $0.00 |
| 9 | NEW YORK STATE DEPT - TAXATION<br>»» 08U | Unsecured Creditors | $5,981.60 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11647-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $0.00 | Arrearages: | $400.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.