United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11647-pmm
April L Jordan     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Sep 29, 2022     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April L Jordan, 3576 Vista Drive, Macungie, PA 18062-2148 |
| 14701206 | + | Atiba Jordan, 3576 Vista Drive, Macungie, PA 18062-2148 |
| 14710247 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 14701224 | + | State of New York, Department of Taxation and Finance, PO Box 4127, Binghamton, NY 13902-4127 |
| 14702237 | + | Wilmington Trust, Nat Assoc, c/o Rebecca Solarz, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14701226 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 29 2022 23:51:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 29 2022 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14704004 | | Email/Text: bankruptcy@cbtno.com | Sep 29 2022 23:51:00 | CRESCENT BANK & TRUST, P.O. BOX 2829, ADDISON, TX 75001 |
| 14701207 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2022 23:56:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14701208 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2022 23:56:35 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14704016 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2022 23:56:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14701210 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2022 23:56:36 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14701209 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2022 23:56:43 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14701211 | + | Email/Text: bankruptcy@cbtno.com | Sep 29 2022 23:51:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 14701213 | | Email/Text: ECF@fayservicing.com | Sep 29 2022 23:51:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14701214 | + | Email/Text: ECF@fayservicing.com | Sep 29 2022 23:51:00 | Fay Servicing Llc, 1601 Lbj Freeway, Farmers Branch, TX 75234-6512 |
| 14701215 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2022 23:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14701217 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 29 2022 23:51:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14701216 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2022 23:51:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14702651 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14701219 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 23:56:35 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14701218 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 23:56:35 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14707581 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 23:56:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14709006 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2022 23:51:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14701221 | + | Email/Text: clientservices@remexinc.com | Sep 29 2022 23:51:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14701220 | + | Email/Text: clientservices@remexinc.com | Sep 29 2022 23:51:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 14701222 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:36 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14701223 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:35 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14701225 | | State of Pennsylvania |
| 14701212 | ##+ | Crescent Bank & Trust, Inc., Po Box 2460, Chesapeake, VA 23327-2460 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

**Name**    **Email Address**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 29, 2022 | Form ID: pdf900 | Total Noticed: 29 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

PAUL H. YOUNG
    on behalf of Debtor April L Jordan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    April L Jordan

                  Debtor

Chapter 13

Bankruptcy No. 22-11647-PMM

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 29, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE